

28 Liberty Street, 30th Floor • New York, NY 10005

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

September 17, 2024

**VIA ECF**
Hon. Steven L. Tiscione
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

*Re: Sacca v. Pro Custom Solar, LLC, No. 22 Civ. 6356*

Dear Judge Tiscione,

    Our firm, along with Raymond Nardo, P.C., represent Plaintiff in the above referenced matter. We write to provide a status update to the Court.

    Recently, Defendant provided Plaintiff with additional information for approximately 30 prospective class members. Plaintiff is currently reviewing this information and anticipate having additional discussions with Defendants regarding the data. As a result, Plaintiff respectfully requests until October 18, 2024, to conclude Plaintiff's review of the data and conduct additional discussions with Defendant.

    We thank the Court for its time and attention to this matter.

Respectfully Submitted,

/s/ *Brian S. Schaffer*

Brian S. Schaffer

Cc: Counsel of Record (via ECF)